# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Wilford Lynn Ratliff*        v.    *Joseph M Arpaio*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 2:06-cv-00978-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**     Date: September 14, 2006

      In a report at docket 7, the magistrate judge recommends that this action be dismissed without prejudice for failure to prosecute. No objections have been filed. This court has reviewed the recommendation, and find the magistrate judge has correctly found the facts and applied the law. Accordingly, the recommendation at docket 7 is **ADOPTED**.

      This action is hereby **DISMISSED** without prejudice.